# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL ACTION 07-162-KD-B |
| ) | |
| CLEVELAND GREEN, ) | |
|    Defendant. ) | |

## ORDER

This matter is before the court on Defendant Cleveland Green's motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) based on a retroactive amendment to the United States Sentencing Guidelines. (Doc. 33). Upon consideration, Defendant's motion is due to be **GRANTED**.

The United States Sentencing Commission has enacted an amendment to the United States Sentencing Guidelines that, in general, has the effect of reducing the sentencing ranges for offenses involving particular quantities of crack cocaine. See U.S. Sentencing Guidelines Manual app. C, amend. 750 (2011). Because Parts A and C of this amendment apply retroactively, see id. § 1B1.10(c), the Court is empowered pursuant to 18 U.S.C. § 3582(c)(2) to modify Defendant's sentence. See generally United States v. Armstrong, 347 F.3d 905, 909 (11th Cir. 2003) ("amendments claimed in § 3582(c)(2) motions may be retroactively applied solely where expressly listed under § 1B1.10(c)" (emphasis in original)).

After review of the motion and all relevant factors prescribed by § 1B1.10 and Application Note 1(B) to same, the Court has determined that a reduction of sentence based on the amended guideline range appears to be appropriate in this case. Defendant's original guideline range was 168 to 210 months, and the Court imposed a low-end sentence of 168 months. (Doc. 31).

According to the calculation prepared by the United States Probation Office, retroactive application of Amendment 750 to Defendant's sentence would result in a revised guideline range of 135 to 168 months. Imposing a similar low-end sentence in this case would result in a sentence of 135 months.

Unless either party files a written objection within **thirty (30) days** of this order, the Court will enter an order reducing Defendant's term of imprisonment to 135 months.

**DONE** and **ORDERED** this the **4th** day of **January 2012**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**